**Order filed, December 30, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-01015-CR

———————

**BRANDON GAINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1560570**

---

## ORDER

The reporter's record in this case was due August 3, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter for the 208th District Court to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.